UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAKIMA BENJAMIN,

                          Plaintiff,                  Case No.:  1:21-cv-04357-LJL

    -against-                              **STIPULATION OF DISMISSAL**

SAMSUNG C&T AMERICA, INC.,

                          Defendant.

------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties in this action, that whereas no party whereas no party is an infant, conservatee, or incompetent person for whom a committee has been appointed, and no person not a party has any interest in the subject matter herein, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, and without costs to any party as against any other

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed with electronic signatures in lieu of original signatures.

| | |
|---|---|
| Dated: New York, New Yor<br>March 7, 2022<br>SCHWARTZ PERRY & HELLER, LLP<br><br>_____<br>Davida S. Perry, Esq.<br>Brian Heller, Esq.<br>*Attorneys for Plaintiff*<br>3 Park Avenue, Suite 2700<br>New York, New York 10016<br>dperry@sphlegal.com<br>bheller@sphlegal.com | Dated: New York, New York<br>March  7  , 2022<br>GORDON REES SCULLY MANSUKHANI, LLP<br><br>_____<br>Mercedes Colwin, Esq.<br>John Mills, Esq.<br>*Attorneys for Defendant*<br>One Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>mcolwin@grsm.com<br>jtmills@grsm.com |